

**BY ECF**

Joeann E. Walker

> The Court will rely on defendants' opposition to the motion to strike filed on 7/23/2020.  (Doc. #36).  Plaintiff's reply, if any, is due 8/7/2020.
>
> The Clerk is instructed to terminate the first-in-time motion to strike.  (Doc. #30).
>
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J.          7/31/2020

The Honorable Vincent L. Briccetti, U.S.D.J.
United States District Court for the Southern Dis[trict]
300 Quarropas Street, Room 630
White Plains, NY 10601

    Re:   *Charter Contracting Company, LLC v. Orange & Rockland Utilities, Inc.*, Index No. 7:20-cv-00795-VB

Dear Judge Briccetti:

    I represent Defendants Orange & Rockland Utilities, Inc. and Consolidated Edison Company of New York, Inc. (collectively "Con Edison") in the referenced action.  On June 23, 2020, Plaintiff Charter filed a Motion to Strike the Declaration of Gregory B. Eiband [Docket No. 30].  On July 23, 2020, Con Edison opposed this motion arguing, among other things, that Charter failed to comply with Local Rule 7.1 [Docket No. 36].  In responding to that argument and instead of withdrawing its previously filed Motion to Strike, Charter just re-filed its Motion to Strike to purportedly comply with Local Rule 7.1 [Docket Nos. 37 and 38].  For clarity and to ensure that Con Edison is not waiving any arguments, Con Edison relies on its initially filed Opposition to the Motion to Strike [Docket No. 36] to oppose Charter's re-filed Motion to Strike [Docket Nos. 37 and 38].

                                                        Respectfully,

                                                         Joeann E. Walker

cc:   Kenneth J. Flickinger, Esq (via ECF)
        Peter F. Carr, II, Esq (via ECF)

Consolidated Edison Company of New York, Inc.
4 Irving Place   New York  NY  10003   212 780 8919   212 260 8627 fax   Walkerjo@coned.com