UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARTER CONTRACTING COMPANY, LLC,

                       Plaintiff,

-against-                                 20 **CIVIL** 795 (VB)

                                                             **JUDGMENT**

ORANGE & ROCKLAND UTILITIES, INC.,
and CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                      Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 30, 2020, the motion to dismiss is GRANTED. The motion to strike is DENIED as moot; accordingly, this case is closed.

**Dated:**  New York, New York

        December 30, 2020

                                                                **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                               **BY:**

                                                                **Deputy Clerk**